IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-00506-RJC-DSC

| | |
|---|---|
| DURGA PRASAD BESTHA M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the Federal Defendants' "Motion for a Stay of Case in Light of Lapse of Appropriations" (document #11). Plaintiff opposes a stay but consents to a two-week extension of the deadline for Federal Defendants to file their reply brief in support of their Motion to Dismiss (document #9).

Absent an appropriation, United States Department of Justice attorneys are prohibited from working on civil litigation, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. For this reason, the Motion is **GRANTED**.

**IT IS HEREBY** O**RDERED** that the above-captioned case is **STAYED** until the Court receives notice from the United States that Congress has restored appropriations to the United States Department of Justice; and

**FURTHER ORDERED** that upon the lifting of this stay, Federal Defendants' deadline to file their reply shall be extended ten days from the date the stay is lifted.

**SO ORDERED**.

Signed: January 9, 2019

David S. Cayer
United States Magistrate Judge